JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN LEE JOHNSON,<br>        Petitioner,<br>    v.<br>D.K. JOHNSON,<br>        Respondent. | Case No. LA CV 16-4155 AG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: September 30, 2016         _____

                                          HON. ANDREW J. GUILFORD<br>                                        UNITED STATES DISTRICT JUDGE